UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
GIOVANNA SMITH, individually and on
Behalf of all others similarly
situated,

                Plaintiff,                                   JUDGMENT
                                                                  20-CV-5684 (EK)(MMH)

                -against-

ABBOTT LABORATORIES INC.,

                Defendant.
------------------------------------------------------------ X

       A Memorandum and Order of the Honorable Eric Komitee, United States District Judge, having been filed on September 19, 2023, dismissing Smith's complaint without prejudice; denying Abbott's motion to dismiss that pleading as moot; granting Smith to leave to file an amended complaint that cure the complaints jurisdictional deficiencies by October 10, 2023; and

An Order, having been filed October 24,2023, directing the Clerk of Court to enter judgment dismissing Smith's claims without prejudice; it is

       ORDERED and ADJUDGED that Smith's claims are dismissed without prejudice; and this case is closed.

Dated: Brooklyn, NY                                             Brenna B. Mahoney
       October 24, 2023                                        Clerk of Court

                                                                        By: */s/Erin Espinal*
                                                                            Deputy Clerk